1  McGREGOR W. SCOTT
   United States Attorney
2  YOSHINORI H. T. HIMEL #66194
   Assistant United States Attorney
3  Eastern District of California
   501 I Street, Suite 10-100
4  Sacramento, California 95814-2322
   Telephone: (916) 554-2760

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, and JEFFREY BENNETT, Revenue Officer, Internal Revenue Service,<br><br>Petitioners,<br><br>v.<br><br>EDWIN RATCLIFF,<br><br>Respondent. | 2:08-mc-00042-MCE-GGH<br><br>**ORDER TO SHOW CAUSE RE: TAX SUMMONS ENFORCEMENT**<br><br>Taxpayer: EDWIN RATCLIFF<br><br>Date: Thursday, May 29, 2008<br>Time: 10:00 a.m.<br>Ctrm: Hon. Gregory G. Hollows<br>(Crtrm. #24, 8th Floor) |

Upon the petition of McGREGOR W. SCOTT, United States Attorney for the Eastern District of California, and the Exhibit attached thereto, including the verification of Revenue Officer JEFFREY BENNETT, it is hereby:

ORDERED that the Respondent, EDWIN RATCLIFF, appear before United States Magistrate Judge Gregory G. Hollows, in that Magistrate Judge's courtroom in the United States Courthouse, 501 I Street, Sacramento, California, on Thursday, May 29, 2008, at 10:00 a.m., to show cause why the respondent should not be compelled to obey the Internal Revenue Service summonses issued on October 22, 2007.

It is further ORDERED that:

1. The United States Magistrate Judge will preside, under 28 U.S.C. Section 636(b)(1) and Local Rule 72-302(c)(9), at the hearing scheduled above. After the

1 hearing, the Magistrate Judge intends to submit proposed findings and recommendations
2 under Local Rule 304(a), with the original thereof filed by the Clerk and a copy provided
3 to all parties.

4     2. The Court hereby appoints the group manager of the petitioning Internal
5 Revenue Service employee, and all federal employees designated by that group manager,
6 under Fed. R. Civ. P. 4(c)(1), to serve process in this case.

7     3. A copy of this Order, the Verified Petition and its Exhibit, and the Points and
8 Authorities, shall be served by delivering a copy to the respondent personally or by
9 leaving a copy at the respondent's dwelling house or usual place of abode with some
10 person of suitable age and discretion then residing therein, within 21 days of the date this
11 order is served upon the United States Attorney, unless such service cannot be made
12 despite reasonable efforts.

13     4. If the federal employee assigned to serve these documents order is unable to
14 serve them as provided in paragraph 3, despite making reasonable efforts to do so, other
15 means of service may be used. See Fed. R. Civ. P. 81(a)(5). Such means may include
16 verifying the respondent's place of abode or business by postal trace or otherwise, posting
17 the documents on the door of the respondents' place of abode or business, and mailing an
18 additional copy by ordinary or certified mail. The federal employee shall make a
19 certificate detailing the efforts made within the 21-day period to serve the respondent as
20 provided in paragraph 3, and the other means of service used.

21     5. Proof of any service done pursuant to paragraph 3 or 4, above, shall be filed
22 with the Clerk as soon as practicable.

23     6. The file reflects a prima facie showing that the investigation is conducted
24 pursuant to a legitimate purpose, that the inquiry may be relevant to that purpose, that the
25 information sought is not already within the Commissioner's possession, and that the
26 administrative steps required by the Code have been followed. United States v. Powell,
27 379 U.S. 48, 57-58 (1964). The burden of coming forward therefore has shifted to
28 whoever might oppose enforcement.

1        7. If the respondent has any defense or opposition to the petition, such defense or
2  opposition shall be made in writing and filed with the Clerk and a copy served on the
3  United States Attorney at least 10 days prior to the date set for the show cause hearing.
4        8. At the show cause hearing, the Magistrate Judge intends to consider the issues
5  properly raised in opposition to enforcement. Only those issues brought into controversy
6  by the responsive pleadings and supported by affidavit will be considered. Any
7  uncontested allegation in the petition will be considered admitted.
8        9. The respondent may notify the Court, in a writing filed with the Clerk and
9  served on the United States Attorney at least 10 days prior to the date set for the show
10 cause hearing, that the respondent has no objection to enforcement of the summons. The
11 respondent's appearance at the hearing will then be excused.

DATED: April 15, 2008

**GREGORY G. HOLLOWS**
UNITED STATES MAGISTRATE JUDGE