IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA, et al.,

       Petitioners,                        MISC S-08-0042 MCE GGH

    vs.

EDWIN RATCLIFF,

       Respondent.                    <u>ORDER</u>

_____/

        Previously pending on this court's law and motion calendar for May 29, 2008, was an order to show cause hearing on the government's March 31, 2008 petition to enforce IRS summons. Respondent filed a response but did not appear at the hearing. Yoshinori Himel appeared for the government. After hearing, the court issues the following order.

        Based on respondent's response indicating an intent to comply with the summons, the government requested that respondent's non-appearance at hearing be excused. That request will be granted with the caveat that respondent's failure to appear and produce documents within a reasonable time will result in sanctions.

        Accordingly, IT IS ORDERED that:

        1. Respondent shall appear with documents and provide testimony within a reasonable time as agreed to by the government in order to comply with the summons.

2. The order to show cause is discharged.

3. The petition to enforce the IRS summons is vacated without prejudice to its renewal if respondent does not comply with the summons.

4. Failure to comply with this order will result in sanctions.

DATED: 06/06/08

/s/ Gregory G. Hollows

_____
GREGORY G. HOLLOWS
UNITED STATES MAGISTRATE JUDGE

GGH/076
USRatcliff0042.IRS.wpd

2