LAWRENCE G. BROWN
Acting United States Attorney
YOSHINORI H. T. HIMEL #66194
Assistant United States Attorney
Eastern District of California
501 I Street, Suite 10-100
Sacramento, California 95814-2322
Telephone: (916) 554-2760

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, and JEFFREY BENNETT, Revenue Officer, Internal Revenue Service,<br><br>         Petitioners,<br><br>    v.<br><br>EDWIN RATCLIFF,<br><br>         Respondent. | 2:08-mc-00042-MCE-GGH<br><br>**ORDER ENFORCING I.R.S. SUMMONSES**<br><br>Taxpayer: EDWIN RATCLIFF |

The United States and Revenue Officer Jeffrey Bennett here petition for enforcement of two I.R.S. summonses. The matter was placed before United States Magistrate Judge Gregory G. Hollows under 28 U.S.C. § 636 *et seq.* and Local Rule 73-302.

The Verified Petition to Enforce Internal Revenue Service Summons initiating this proceeding (filed March 31, 2008, vacated June 6, 2008, but now renewed) seeks to enforce two administrative summonses, attached as Exhibit A to the petition. One summons is in aid of Revenue Officer Bennett's investigation for collection of respondent's delinquent income tax assessments for the tax years ending December 31, 2001, December 31, 2002, December 31, 2003, and December 31, 2004. The other is for

///

1  determination of respondent's income tax for the tax years ending December 31, 2005
2  and December 31, 2006.
3       On April 15, 2008, Judge Hollows issued an Order to Show Cause, ordering the
4  respondent, Edwin Ratcliff, to show cause why the I.R.S. summons issued to him on
5  October 22, 2007, should not be enforced.  The Petition, Points and Authorities, and
6  Order to Show Cause were served upon the respondent according to Fed. R. Civ. P. 4(e).
7       Respondent filed a statement of non-opposition under paragraph 6 on page 2 of the
8  Order to Show Cause, and was therefore excused from appearing at the show-cause
9  hearing held May 29, 2008.  Judge Hollows presided at the hearing.  Yoshinori H. T.
10 Himel appeared for petitioners.
11      Because of respondent's statement of non-opposition to enforcement of the
12 summonses, Judge Hollows filed an Order on June 6, 2008, vacating the petition to
13 enforce without prejudice to its renewal, discharging the order to show cause, and
14 ordering respondent to appear before Revenue Officer Bennett, or his designated
15 representative, to provide testimony and produce the requested documents.  Now, as
16 allowed by the Order filed June 6, 2008, respondent has failed to comply and petitioners
17 have renewed their petition to enforce the I.R.S. summonses.
18      Subject matter jurisdiction is invoked under 28 U.S.C. §§ 1340 and 1345, and is
19 found to be proper.  Authorization for the action is under I.R.C. §§ 7402(b) and 7604(a)
20 (26 U.S.C.).  The Order to Show Cause shifted to respondent the burden of rebutting any
21 of the four requirements of United States v. Powell, 379 U.S. 48, 57-58 (1964).
22      I have reviewed the entire record de novo under 28 U.S.C. § 636(b)(1)(C) and
23 Local Rule 72-304.  I read Judge Hollows' Order filed June 6, 2008, as theMagistrate
24 Judge's findings and recommendations to grant the unopposed petition and to enforce the
25 I.R.S. summonses.  See  United States v. First Nat'l Bank of Atlanta, 628 F.2d 871, 873
26 (5th Cir. 1980); United States v. Bell, 57 F. Supp. 2d 898, 901 (N.D. Cal. 1999).
27 Accordingly, I find:
28 ///

1     (1) The summonses issued by Revenue Officer Jeffrey Bennett to respondent
2 Edwin Ratcliff, on October 22, 2007, seeking testimony and production of documents and
3 records in respondent's possession, were issued in good faith and for a legitimate purpose
4 under I.R.C. § 7602, that is, to obtain information to collect respondent's income tax for
5 the tax years ending December 31, 2001, December 31, 2002, December 31, 2003, and
6 December 31, 2004, and to determine respondent's correct income tax for the tax years
7 ending December 31, 2005 and December 31, 2006.

8     (2) The information sought is relevant to that purpose.

9     (3) The information sought is not already in the possession of the Internal Revenue
10 Service.

11     (4) The administrative steps required by the Internal Revenue Code have been
12 followed.

13     (5) There is no evidence of referral of this case by the Internal Revenue Service to
14 the Department of Justice for criminal prosecution.

15     (6) The verified petition and its exhibits made a prima facie showing of
16 satisfaction of the requirements of <u>United States v. Powell</u>, 379 U.S. 48, 57-58 (1964).

17     (7) The burden shifted to respondent, Edwin Ratcliff, to rebut that prima facie
18 showing.

19     (8) Respondent filed a written statement of non-opposition to the enforcement of
20 the summonses.

21     (9) Respondent presented no argument or evidence to rebut the prima facie
22 showing.

23     Accordingly, it is hereby ORDERED as follows:

24     1. The I.R.S. summonses issued to respondent, Edwin Ratcliff, are ENFORCED.

25     2. Respondent, Edwin Ratcliff, is ORDERED to appear at the I.R.S. offices at
26 4330 Watt Avenue, SA-4307, Sacramento, California, 95821, before Revenue Officer
27 Jeffrey Bennett, or his designated representative, within 21 days of the issuance of this
28 ///

order, or at an alternate time and date to be set by Revenue Officer Bennett, then and there to be sworn, to give testimony, and to produce for examining and copying the books, checks, records, papers and other data demanded by the summons, the examination to continue from day to day until completed.

     3. The Clerk shall serve this and future orders to Mr. Edwin Ratcliff, at 1910 John Still Way, Sacramento, CA 95832.

     IT IS SO ORDERED.

Dated: June 11, 2009

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE