BENJAMIN B. WAGNER
United States Attorney
YOSHINORI H. T. HIMEL #66194
Assistant United States Attorney
Eastern District of California
501 I Street, Suite 10-100
Sacramento, California 95814-2322
Telephone: (916) 554-2760

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, and JEFFREY BENNETT, Revenue Officer, Internal Revenue Service,<br><br>　　　　　Petitioners,<br><br>　　v.<br><br>EDWIN RATCLIFF,<br><br>　　　　　Respondent. | 2:08-mc-00042-MCE-GGH<br><br>**ORDER OF COMPLIANCE**<br><br>Taxpayer: EDWIN RATCLIFF |

　　　Before the Court is the Petitioners' Notice of Compliance and Suggestion to Close File, filed on January 5, 2010 [Dkt. #11]. Based on the reasons contained therein, based the entire record in this case, and for good cause having been shown, it is hereby ORDERED that the Clerk of the Court shall close this case.

　　　The Clerk shall forward copies of this Order to the Respondent.

　　　It is SO ORDERED.

Dated: January 11, 2010

　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　MORRISON C. ENGLAND, JR.
　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE